18344, 18345. LIPSCOMB *v.* ATKINSON & JOLLY (two cases).

PER CURIAM. In each of these cases the verdict was authorized by the evidence, and none of the grounds of the motion for a new trial show cause for a reversal of the judgment.

*Judgments affirmed. Broyles, C. J., and Luke, J., concur. Bloodworth, J., absent on account of illness.*

DECIDED MARCH 7, 1928.

*Porter & Mebane,* for plaintiffs.
*Maddox, Matthews & Owens,* for defendants.